# UNITED STATES DISTRICT COURT
for the
District of Vermont

Nayanaben K. Patel
*Plaintiff(s)*
v.
Joseph B. Edlow, *Director of U.S. Citizenship and Immigration Services*
*Defendant(s)*

Civil Action No. 2:25-cv-00267

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order (Document No. 6) filed September 23, 2025, Defendant's Motion to Dismiss Complaint (Document No. 5) is GRANTED. This case is DISMISSED WITHOUT PREJUDICE by order of the court.

Date: September 23, 2025

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED: 9/23/2025

/s/ Sharrah J. LeClair
*Signature of Clerk or Deputy Clerk*